**FILED**

OCT 27 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 10cr2927-GT |
| Plaintiff, ) | |
| v. ) | |
| **LUPE VAZQUEZ-MACIEL,** ) | ORDER |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.16) requesting the continuance of the sentencing hearing currently set for October 29, 2010, and continued to November 17, 2010 at 9:00 a.m., be **GRANTED**. Parties agree to exclude time.

**SO ORDERED.**

Dated: 10-27-10

_____
HONORABLE GORDON THOMPSON
United States District Court Judge